**Abdul Wakil AMIRI, Appellant**

v.

**GELMAN MANAGEMENT COMPANY and Nicholas Pitsch, Mr. Property Management, Appellees.**

No. 08–7149.

United States Court of Appeals, District of Columbia Circuit.

May 6, 2009.

Abdul Wakil Amiri, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge; and HENDERSON and BROWN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed December 8, 2008, 2008 WL 5169120, be affirmed. The court did not err in dismissing appellant's complaint without prejudice for lack of subject matter jurisdiction because the complaint does not identify or suggest any federal question. *See* 28 U.S.C. § 1331. In addition, the complaint does not involve a dispute between citizens of different states. *See* 28 U.S.C. § 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The

**4**

Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.